IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ENTERED ON DOCKET
SEP 2 2 1999
PURSUANT
TO FRCP RULES 58 & 79a

CARLOS LUGO
Petitioner

vs

UNITED STATES OF AMERICA
Respondent

CIVIL 97-1804CCC
(Cr. 92-0162CCC)

## JUDGMENT

Having considered the Magistrate's Report and Recommendation (**docket entry 12**), to which no objection has been filed, the Court ADOPTS it as its own and DENIES the petition for habeas corpus relief.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on September 22, 1999.

CARMEN CONSUELO CEREZO
United States District Judge

s/c C. Lugo
   S. Gil

SEP 2 2 1999

AO 72A
(Rev.8/82)